UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 23-CV-7116 (VSB)

CCM TOURING LLC, a New York
limited liability corporation,

    Plaintiff

v.

MOONBUG ENTERTAINMENT LTD,
a London corporation,

    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff CCM Touring LLC ("CCM") files this amended complaint against defendant Moonbug Entertainment, Ltd. ("Moonbug").

## INTRODUCTION

1. This dispute arises from Moonbug's breach of the parties' Exclusive Live Tour and Merchandise Services and License Agreement ("Exclusive License Agreement")[1] and improper attempt to unilaterally terminate the Exclusive License Agreement on July 5, 2024.

2. Pursuant to the Exclusive License Agreement, Moonbug granted to CCM the "***sole and exclusive***" license to produce, promote and present live ticketed shows based on the wildly popular CoComelon children's series.

3. While CCM was completing its first CoComelon tour in the United States in 2022, Moonbug was covertly negotiating with one of CCM's direct competitors – Faculty Productions, LLC ("Faculty Productions") – to create a competing tour called CoComelon Party Time. Worse,

---

[1] Attached as **Exhibit 1** is the Exclusive License Agreement partially redacted to protect confidential, non-pertinent information.

Moonbug concealed its contractual bigamy, falsely claiming that CoComelon Party Time would be a "marketing appearance" that would help promote interest in CoComelon and ticket sales for CCM's CoComelon tour.

4. When CCM discovered the true nature of Faculty Productions' competing CoComelon tour, CCM demanded that Moonbug cease and desist. Instead of complying, Moonbug and Faculty Productions have proceeded to tour CoComelon Party Time throughout the United States and Canada.

5. Moonbug insists that it has not breached the Exclusive License Agreement because CoComelon Party Time is not a "show," but rather a free-flowing character experience that does not take place before a seated audience. Yet, Moonbug's own marketing materials for CoComelon Party Time vitiate this contention:



6. After granting CCM's exclusive rights to a competitor charging half the price for tickets, Moonbug audaciously demanded that CCM continuously tour its CoComelon show in direct competition with CoComelon Party Time.

7. In response, CCM confirmed its commitment to tour the United States and requested basic routing information for CoComelon Party Time in order to avoid competing in the same markets.

8. Despite internally acknowledging that CoComelon Party Time could "cannibalize" CCM's audience if Moonbug failed to coordinate the tour schedules, Moonbug refused to speak with CCM and refused to disclose any routing information for CoComelon Party Time.

9. Moonbug then unilaterally declared that CCM was in breach and terminated the Exclusive License Agreement, foreclosing any chance of CCM recovering its nearly $7 million investment.

10. By way of this action, CCM seeks equitable relief and/or damages suffered as a result of Moonbug's egregious intentional misconduct.

## **PARTIES, JURISDICTION AND VENUE**

**A.     The Parties**.

11. CCM is a touring company founded and jointly operated by Michael Cohl ("Cohl"), one of the world's most renowned concert and live entertainment promoters, and Eventim Live International ("Eventim"). Cohl pioneered the modern-day mega tour, producing and promoting concert tours for The Rolling Stones, Pink Floyd, U2, Genesis, Phil Collins, Barbara Streisand, Michael Jackson, Frank Sinatra and Prince. Cohl's second act has been the production of Broadway shows, theatrical performances, touring exhibitions, and live arena spectacles, including "Rock of Ages," "An Evening with Oprah," "A Night with Janis Joplin," "Bat Out Of Hell: The Musical," "Genesis" and "Yo Gabba Gabba." For its part, Eventim is one of the largest event promoters in the world.  It also operates some of Europe's most renowned event venues and is a leading ticketing provider.

12. CCM is a Delaware limited liability company with its principal place of business

at 235 Park Avenue South, New York, New York. CCM's sole member is EMC Presents LLC, a Delaware limited liability company. EMC Presents, LLC has two members: (i) S2BN Capital, LLC; and (ii) Eventim Live USA, Inc., a Delaware corporation with its principal place of business at 235 Park Avenue Park South, New York, New York. S2BN Capital, LLC is owned by S2BN Entertainment Corp., a Delaware corporation with its principal place of business at 235 Park Avenue South, New York, New York. CCM is, thus, a citizen of Delaware and New York.

13.     Moonbug Entertainment Limited is an award-winning global entertainment company that owns popular kids' titles, including *CoComelon*, *Blippi* and *Little Baby Bum*. Moonbug acquired the intellectual property rights to CoComelon in or about July of 2020.[2]

14.     Moonbug is a Private Limited UK Company with its principal place of business located at 3-6 2nd Floor, LABS Upper Lock, Water Lane, London NW1 8JZ.  Moonbug is a citizen of England.

**B.     Jurisdiction and Venue**.

15.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because, at all pertinent times, CCM has been a citizen of Delaware and New York, while Moonbug is a citizen of England, and the amount in controversy exceeds $75,000.00, exclusive of attorneys' fees, interest and costs.

16.     This Court has personal jurisdiction over Moonbug because: (i) the parties agreed to submit to the jurisdiction of the court of the party bringing the claim (*see* Ex. 1, ¶ 8.3); (ii) Moonbug regularly transacts business in the State of New York (*see* CPLR 302(1)); (iii) Moonbug committed a tortious act causing injury to CCM in the State of New York (*see* CPLR 302(3)); and

---

[2] *See* Todd Spangler, *YouTube Kids' Powerhouse Cocomelon Acquired by Moonbug, Which Raises $120M in New Funding*, VARIETY, July 30, 2022, https://variety.com/2020/digital/news/cocomelon-acquired-moonbug-blippi-funding-round-1234721492/.

(iv) Moonbug has waived any challenge to this Court's personal jurisdiction.

17. Venue is proper in this District based on Moonbug's contractual agreement to submit to the court of the party bringing the claim. (Ex. 1, ¶ 8.3). Venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of Moonbug's wrongful acts or omissions giving rise to the claim occurred here.

18. All conditions precedent to the prosecution of this action have been satisfied, fulfilled, extinguished, waived, or otherwise executed.

## FACTUAL BACKGROUND

**A.  CoComelon is a Global Phenomenon**.

19. CoComelon is the most-viewed children's entertainment program in the world.

20. CoComelon's YouTube channel has more than 178 million subscribers, and its videos have been viewed more than 184 billion times. CoComelon also set the record for the most consecutive days on Netflix's Top Ten List.

21. Created in 2005 by Jay Jeon, a father of two, CoComelon steadily rose to fame on YouTube. The show stars baby JJ and his two siblings, older brother TomTom and older sister, YoYo; their mother and father; and JJ's friends. The show features unfailingly kind characters; bright, bold colors; kid-related themes (*i.e.*, potty training, eating your vegetables, and learning to tie your shoes); and cheerful nursery rhymes. CoComelon attracts children aged one to four to sing and dance along with baby JJ and his siblings as they learn letters, numbers, colors, animal sounds and more.

22. CoComelon's viewership spiked during the pandemic as parents juggled childcare

and remote work – before waning substantially under Moonbug's stewardship.[3]

**B.    Moonbug Purchases CoComelon, Expands the Brand and Seeks to Create a Face-to-Face Experience.**

23.    In 2020, Jeon sold his company, Treasure Studio, to Moonbug.

24.    Moonbug scours digital platforms like YouTube for popular kids' programming, purchases the programming, and then pursues growth strategies to build the programming into bigger phenomena through branded products.

25.    Moonbug introduced CoComelon to new audiences, inking deals with Netflix and other distribution platforms in South Korea, China and Europe, and translating the show into 10 languages.

26.    In addition to expanding the reach of the CoComelon video content, Moonbug expanded the CoComelon brand. Moonbug has successfully rolled out CoComelon-branded booster seats, pacifiers, plush toys, snacks, and sleep wear; a book deal with Simon & Schuster; a podcast deal with Spotify; licensing deals with dozens of toy brands; a series of consumer product initiatives; and a new original series on Netflix, *CoComelon Lane*.[4]

27.    Moonbug also focused on live programming as the next frontier for CoComelon. CCM's touring prowess and prior success with touring children's fare made the parties a natural match to achieve Moonbug's stated aim of bringing its "audience a fun, immersive and exciting face-to-face CoComelon experience."[5]

---

[3] In January 2022, CoComelon had its highest monthly YouTube views peaking at 3.4 billion. During Moonbug's tenure, CoComelon's YouTube viewership is down by approximately 50% to an average of 1.7 billion monthly views.

[4] *See* Alana Semuels, *Inside the Making of CoComelon, the Children's Entertainment Juggernaut*, TIME, March 16, 2022, https://time.com/6157797/cocomelon-success-children-entertainment/ ("Ultimately, the show's success gets kids attached to an entity whose primary interest is selling them stuff.").

[5] *See* Jenna Anderson, *CoComelon Live Production Announced*, COMICBOOK, Oct. 4, 2021, https://comicbook.com/irl/news/cocomelon-live-production-announced-moonbug-entertainment/.

C.  **Moonbug Grants CCM the Sole and Exclusive Right to Present Ticketed Tours Using the CoComelon Characters and CoComelon Intellectual Property**.

28.  On February 5, 2021, the parties executed the Exclusive License Agreement memorializing CCM's acquisition of the "***sole and exclusive***" right to "develop, produce and present" "live touring shows (i.e. all live ticketed and private shows) of and based upon the animated series known as 'CoComelon.'" (Ex. 1, Introductory paragraph & ¶ 1.2(A)).

29.  Moonbug's exclusive grant of rights to CCM includes "***all*** available copyrighted materials, trademarks, characters (including their images, names or concepts, as applicable)" and "***all*** other design and creative elements." (*Id.*, ¶ 1.3) (emphasis added).

30.  CCM's exclusive rights also include "***all derivatives, spin-offs and ancillary rights directly or indirectly related***" to CCM's live touring shows ("CoComelon Tour"). (*Id.*, Introductory paragraph) (emphasis added).

31.  CCM's acquisition of the rights to make derivative projects and spin-off tours, and the ability to exploit ancillary rights was a critical term, as touring shows are often re-imagined and re-shaped based on market feedback after an initial run.[6]

32.  Moonbug retained only limited rights involving ***non-ticketed*** promotional appearances and productions. (*See id.*, ¶ 1.6) (collectively, "Limited Reserved Rights").

33.  To ensure that Moonbug's exploitation of its Limited Reserved Rights – which again, were limited to ***promotional*** (i.e., non-ticketed) appearances and productions – would not impede upon CCM's exclusive touring rights, the Exclusive Agreement expressly prohibits promotional appearances and productions that are "sufficiently similar to the Cocomelon Tour so

---

[6] Notably, CoComelon's streaming success has been partially attributed to the ability to adjust the show by drawing on the data available to YouTube. "'Data is really at the heart of everything we do,' says Richard Hickey, Moonbug's head of creative. 'With YouTube, you've got an audience that that literally tells you whether they want to watch something or not, in real time." *See* Alana Semuels, *Inside the Making of CoComelon, the Children's Entertainment Juggernaut*, TIME, March 16, 2022, https://time.com/6157797/cocomelon-success-children-entertainment/.

as to create confusion with the consumer." (*Id.*, ¶ 1.6(i), (ii)).

34. Indeed, cognizant of the harm that even limited, non-ticketed events could potentially have on the value of CCM's exclusive rights, Moonbug further agreed that it "shall not, and shall not authorize any third-party to, announce, produce, present, exploit, or authorize any such events within sixty (60) miles of the location of any planned show … of the CoComelon Tour within sixty (60) days prior to the announcement of a planned show or until thirty (30) days following the planned show." (*Id.*).

35. In exchange for its exclusive rights, CCM paid Moonbug a recoupable, non-refundable advance against royalties in the amount of two million dollars (U.S. $2,000,000.00). (*Id.*, ¶ 4).

36. CCM also agreed to fund a non-recoupable initial production budget of at least one million six hundred and fifty thousand dollars (U.S. $1,650,000.00) and to pay a minimum weekly marketing spend of at least 10% of the potential gross box office receipts. (*Id.*, ¶ 4.1).

37. In total, CCM's initial investment in the CoComelon Tour exceeded six million dollars (U.S. $6,000,000.00) and is now closer to seven million dollars (U.S. $7,000,000.00). CCM intended to recoup this significant investment through the exploitation of its exclusive right to tour CoComelon.

**D.  CoComelon Live Embarks on a Multi-Year, Worldwide Tour**.

38. With the exclusive rights in hand, CCM worked on creating a theatrical adaptation of CoComelon's popular educational and musical content. The goal was to allow children to see their favorite CoComelon characters, including the titular blond-tufted toddler JJ, come to life on stage in a musical production while participating in interactive learning and singing.

39. In late 2021, upon receiving Moonbug's approval, CCM announced the launch of a multi-year worldwide tour called *CoComelon Live! JJ's Journey* ("CoComelon Live").  The first

leg was a United States tour.

40. The United States tour of CoComelon Live opened at the Hulu Theater in Madison Square Garden in New York City on December 4, 2021. CoComelon Live's VIP package included meet and greets with JJ and other CoComelon characters.

41. The first ticketed performance of CoComelon Live triggered a four-year period in which CCM could, subject to the reversionary clause contained in Section 3.1, exclusively present live ticketed CoComelon shows throughout North America ("Initial NA Exploitation Period"). (*See* Ex. 1, ¶¶ 2.1, 3.1). Thus, CCM's exclusive right to tour the United States expires no sooner than ***December 4, 2025***.[7]

42. After adding more dates to what became a 60+ plus city tour, CoComelon Live completed its initial United States tour in December of 2022.

**E.   Moonbug Breaches the Exclusive License Agreement and Misleadingly "Discloses" CoComelon Party Time as a "Marketing Appearance."**

43. Pursuant to the Exclusive License Agreement, Moonbug was required to leverage CoComelon's massive online presence to market and promote CoComelon Live on all of its media platforms. (*Id.*, ¶ 5.6). Moonbug breached the Exclusive License Agreement by failing to market and promote the initial United States tour, rendering its massive YouTube viewership to be of little value.

44. In March of 2023, Moonbug entered into an agreement allowing Faculty Productions to present "CoComelon Party Time," a competing tour featuring CoComelon characters and intellectual property.

45. Faculty Productions is a subsidiary of Live Nation Entertainment, Inc. Cohl, the

---

[7] Pursuant to Section 2.2 of the Exclusive License Agreement, CCM possessed the "exclusive first right and option to extend the Initial NA Exploitation" for an additional twelve month period. (*See id.,* ¶ 2.2).

former chairman of Live Nation Worldwide, Inc., has previously been embroiled in litigation with Live Nation.

46. Days before Moonbug publicly announced CoComelon Party Time, Susan Vargo ("Vargo"), Moonbug's Head of Experiences, misleadingly advised CCM that CoComelon Party Time was just one of a "slate of *marketing* appearances featuring CoComelon costume characters around the world." (A true and correct copy of Vargo's June 22, 2023 is attached hereto as **Exhibit 2**) (emphasis added).

47. In June of 2023, Moonbug announced the launch of CoComelon Party Time in Atlanta, Georgia. Moonbug marketed CoComelon Party Time as "an interactive, play-based experience where kids and their families are invited to the colorful, fun-filled world of CoComelon. Guests will explore familiar scenes from the show, all while playing party games, singing and dancing. Guests will get to meet and interact with their favorite CoComelon characters, including JJ, Cody, YoYo, TomTom or Nina!"[8]

48. CoComelon Party Time blatantly exceeds Moonbug's Limited Reserved Rights because it is a live ticketed show based on CoComelon, which uses CoComelon's copyrighted materials, trademarks, characters and creative elements. CoComelon Party Time is also a derivative/spin-off of CoComelon Live and its VIP experience.

49. Indeed, both CoComelon Live and CoComelon Party Time give ticket-purchasers the ability to meet live costumed CoComelon characters and to sing CoComelon songs.

50. Moonbug has also marketed CoComelon Party Time in a manner confusing similar to the manner in which CCM had previously advertised CoComelon live. For example, both tours have similar marketing images on their social media sites:

---

[8] https://www.licensingmagazine.com/2023/06/15/cocomelon-continues-to-grow-through-spin-offs-consumer-products-and-more/



51. CoComelon Party Time is also sufficiently similar to CoComelon Live in that it was announced as a "tour" that "will visit many cities."[9]

52. After its initial launch in Atlanta, CoComelon Party Time toured Buffalo, New York; Columbus, Ohio; Indianapolis, Indiana; Philadelphia, Pennsylvania; Harrisburg, Pennsylvania; Englewood, New Jersey; Boston, Massachusetts; Arlington, Virginia; and Baltimore, Maryland.

53. In order words, CoComelon Party Time is not a "marketing" or limited promotional appearance. Instead, it is a multi-city, ticketed tour.

54. Moonbug was well aware that CoComelon Party Time would create confusion with and compete against CoComelon Live. Indeed, prior to the launch of CoComelon Party Time, Vargo recognized in an internal Moonbug email that "routing" and "location insultation" had to be coordinated to "avoid any conflict" or "*cannibalisation*" of CoComelon Live's audience.

---

[9] *See* https://www.licenseglobal.com/location-based-entertainment/moonbug-faculty-productions-announce-cocomelon-interactive-party; https://abcnews.go.com/GMA/Culture/cocomelon-party-time-tour/story?id=99427813 ("Paging families of toddlers: 'CoComelon Party Time,' a kid-centric experience, is preparing to *tour* the country") (emphasis added).

(Attached as **Exhibit 3** is a true and correct copy of the email).

F.  **Moonbug Announces CoComelon Party Time in Canada, Forcing the Cancellation of CCM's Canadian Tour of CoComelon Live**.

55. CCM spent considerable time and effort planning and developing a 64-date Canada tour of CoComelon Live. Specifically, CCM and its Canadian touring partner, the Feldman Agency,[10] designed a streamlined version of CoComelon Live with the dual aim of reducing production costs while allowing the tour to prosper in Canada's smaller venues. In March of 2023, Moonbug approved a "sized down" version of CoComelon Live in Canada.

56. Moonbug knew that CCM intended to tour CoComelon Live in Canada, as it was advised that CCM was finalizing a touring plan. Specifically, in May of 2023, Vargo exhorted: "***Canada – bring it on!***" (Attached as **Exhibit 4** is a true and correct copy of Vargo's May 17, 2023 email).

57. However, on July 6, 2023, Moonbug announced that it would bring CoComelon Party Time to "all of [its] friends in Canada," suggesting that CoComelon Party Time would tour multiple cities in Canada. (Attached as **Exhibit 5** is a true and correct copy of the announcement).

58. The Canadian advertisement offered tickets ranging in price between $29.50 and $44.50 Canadian Dollars for thrice-daily shows of CoComelon Party Time in Toronto, starting on July 20, 2023. In comparison, the average ticket price for CoComelon Live during the United States tour for the Platinum and VIP experience was $59.18.

59. The timing of Moonbug's Canadian Advertisement was crippling, as it was made just days before CCM was to publicly announce the Canadian tour of CoComelon Live.

60. Moonbug sabotaged CCM's prospective ticket sales, merchandising, advertising,

---

[10] The Feldman Agency is one of the Canada's leading entertainment companies, have previously executed tours for The Tragically Hip, Nelly Furtado, Alessia Cara, Paul Anka and the Barenaked Ladies.

and profits by relicensing the best parts of CoComelon Live to a competing tour that cost less to attend.

61. Upon learning of Moonbug's launch of CoComelon Party Time in Canada, CCM immediately advised the Feldman Agency, as it did not want its touring partner to believe that CCM had anything to do with the competing tour. "Outrage[d]," the Feldman Agency rightfully questioned: *"How on earth can we market at the same time without huge additional expense and lost ticket sales?"* and "*Why would we undertake a license, pay royalties, and build this long term when the IP Holder [Moonbug] is working directly against us?*" (Attached as **Exhibit 6** is a true and correct copy of this email dated July 6, 2023).

62. Appreciating that CoComelon Party Time would result in both consumer confusion and the very cannibalization that Vargo had predicted, Craib advised that: "Our window to put [CoComelon Live] shows up in late September is now lost and frankly speaking the entire tour is in jeopardy ... I have been in this business for 30+ years this is not good business or integrity." (*Id.*).

63. On July 13, 2023, CCM sent a letter demanding that Moonbug cancel the Toronto exhibition and cease and desist from opening or promoting new installments of CoComelon Party Time.  (Attached as **Exhibit 7** is a true and correct copy of CCM's July 13, 2023 letter).

64. In response, Moonbug announced its intention to forge ahead with the CoComelon Party Time, which it euphemistically called a "character experience" (as opposed to a "marketing experience").

65. Moonbug's refusal to cancel CoComelon Party Time prompted the Feldman Agency to pull out of the project, thereby forcing CCM to cancel its entire Canadian tour and file this lawsuit on August 11, 2023.

**G.   Moonbug Demands that CCM Launch another United States Tour to Compete Against CoComelon Party Time.**

66.   Since CCM filed this lawsuit, Moonbug has willfully defied its contractual obligations because it believes its liability is capped by the limitation of remedies provision in the Exclusive License Agreement.

67.   For instance, instead of retiring CoComelon Party Time, Moonbug has expanded the tour across the United States, including Buffalo, New York (September 24, 2023); Columbus, Ohio (September 30-October 8, 2023); Indianapolis, Indiana (October 14, 2023); Philadelphia, Pennsylvania (April 19-21, 2024); Saddlebrook, New Jersey (April 26-29); Arlington, Virginia (May 3-5, 2024); Boston, Massachusetts (May 10-12, 2024); Harrisburg, Pennsylvania (May 17-19, 2024); Baltimore, Maryland (May 24-26, 2024); Chicago, Illinois (June 21-23, 2024); and Detroit, Michigan (June 28-30, 2024).  Moonbug also recently announced more tour dates in Texas (Dallas, Houston, San Antonio and Austin), Florida (Miami, Tampa and Orlando), Greenville, South Carolina and Nashville, Tennessee.  (Attached as **Exhibit 8** is a true and correct of Moonbug's press release).

68.   In order to manufacture a reason to terminate the Exclusive License Agreement, Moonbug sent a letter to CCM baselessly alleging that CCM had breached the Exclusive License Agreement by failing to launch another CoComelon Live tour in the United States.[11]  Moonbug claimed that CCM's unwillingness to compete against CoComelon Party Time was resulting in Moonbug's intellectual property "going to waste."   (Attached as **Exhibit 9** is a true and correct copy of Moonbug's January 8, 2024 breach letter).

69.   On February 6, 2024, CCM denied that any breach had occurred; asserted that

---

[11] CCM initial complaint requested that its obligation to tour be tolled for as long as CoComelon Party Time was cannibalizing its market.

Moonbug's antecedent material breach of the Exclusive License Agreement entitled CCM to suspend its performance; and confirmed, that Moonbug's prior breach notwithstanding, CCM intended to tour CoComelon Live in the United States. (Attached as **Exhibit 10** is a true and correct copy of CCM's February 6, 2024 response letter).

70.     CCM's response letter further requested that Moonbug "provide visibility" into Moonbug's touring plans for CoComelon Party Time: "CCM wishes to engage in a discussion as to how – assuming that Moonbug does not intend to cease promoting CoComelon Party Time – it can potentially eliminate consumer confusion and minimize the economic losses occasioned by a competing show." (*Id.*). CCM sought to discuss a number of topics, including "routing" and "location insulation."

### I.    Moonbug Refuses to Provide Any Visibility into CoComelon Party Time's Touring Plans or Otherwise Cooperate with CCM.

71.     On March 1, 2024, CCM again requested information about Moonbug's plans for competing tours and noted that it would be impossible to effectively plan a tour without knowing whether it would have to directly compete in the same markets as another CoComelon show. CCM extended another invitation for the parties' business teams to discuss CCM's upcoming tour in the United States. Moonbug declined to participate in the requested call.

72.     On April 17, 2024 – despite knowing that CCM was planning another United States tour – Moonbug announced new tour dates for CoComelon Party Time in the United States in 2024.[12]

73.     On May 1, 2024, CCM again requested to speak with Moonbug about a United States tour for CoComelon Live. The next day, Moonbug rejected CCM's request to discuss another United States tour of CoComelon Live.

---

[12] *See* https://cocomelonpartytime.com/

74. On or about May 23, 2024, Moonbug announced yet another live CoComelon event called "CoComelon Playdate" with an inaugural location at the Mall of America in Minnesota. Like both CoComelon Live and CoComelon Party Time, Moonbug is marketing CoComelon Playdate as an interactive and family-friendly CoComelon experience featuring the famous CoComelon characters.[13]

75. On June 25, 2024, CCM furnished Moonbug with its business plan to tour the United States and Canada, noting that it has retained a leading talent agency (United Talent Agency) to assist in executing a three-leg tour. CCM advised of its intention to go on sale in September of 2024 and to have the shows commence in January of 2025.

76. After the parties' mediation on July 2, 2024 resulted in an impasse, Moonbug sent a letter on July 5, 2024 purporting to unilaterally terminate the Exclusive License Agreement based on CCM's alleged breach. Moonbug also threatened to sue CCM for copyright infringement if it used CoComelon's intellectual property for any reason. (A true and correct copy of Moonbug's termination letter is attached hereto as **Exhibit 11**).

## COUNT I
### (Breach of Contract)

77. CCM realleges and reincorporates the allegations in each of the preceding paragraphs as if fully set forth herein.

78. The Exclusive License Agreement is a valid and enforceable contract between CCM and Moonbug.

79. CCM has complied with its material obligations under the Exclusive License Agreement.

---

[13] https://www.licenseglobal.com/location-based-entertainment/black-sky-creative-moonbug-introduce-cocomelon-playdate-at-the-mall-of-america.

80. Moonbug has materially breached its obligations under the Exclusive License Agreement by, among other things: (i) failing to market and promote CoComelon Live on its media platforms; (ii) willfully granting CCM's exclusive rights to third parties; (iii) working with third parties to produce, promote, market and exploit competing CoComelon tours in the United States and Canada during CCM's exclusive license period; (iv) refusing to reasonably cooperate with CCM in scheduling another CoComelon tour; and (v) improperly terminating the Exclusive License Agreement.

81. As a direct and proximate result of Moonbug's willful, material breaches of the Exclusive License Agreement, CCM has suffered and will continue to suffer significant damages in an amount to be proven at trial.

82. Additionally or alternatively, CCM lacks an adequate remedy at law and is ready, willing, and able to perform under the Exclusive License Agreement. CCM seeks equitable relief, including:

- Tolling all applicable deadlines in the Exclusive License Agreement relating to CCM's "sole and exclusive" right to promote and present live ticketed CoComelon shows in the United States, Canada and Argentina.

- Reinstating CCM's "sole and exclusive" right to promote and present live ticketed CoComelon shows in the United States, Canada and Argentina and extending the exclusivity period by a length of time equal to the period of time between Moonbug's first material breach of the Exclusive License Agreement and the length of time remaining under the Initial NA Exploitation Period (*i.e.*, December 5, 2024).

- Allowing CCM to obtain the benefit of its bargain – *i.e.* a four-year period in which it can exclusively present CoComelon tours in the United States, Canada, and Argentina, plus an option period, without any competing live ticketed shows; and

- Prohibiting Moonbug from granting any of CCM's exclusive rights to third parties; and

- Any other equitable relief the Court deems just and proper.

**WHEREFORE**, CCM seeks a final judgment awarding damages, pre-judgment and post-judgment interest at the maximum legal rate, equitable relief, attorneys' fees and any other relief as this Court may deem just and proper.

## COUNT II
**(Declaratory Relief )**

83. CCM realleges and reincorporates the allegations contained in paragraphs 1 through 76 as if fully set forth herein

84. As a result of Moonbug's July 5, 2024 termination letter, there is a real and actual controversy between CCM and Moonbug as to the parties' respective rights and obligations under the Exclusive License Agreement.

85. CCM maintains that it has not breached the Exclusive License Agreement and, alternatively, that any breach is excused by Moonbug's antecedent material breach of the Exclusive License Agreement. CCM further maintains that it retains the right to tour CoComelon Live, as well as all derivatives and spin-offs, in the United States, Canada and Argentina.

86. In contrast, Moonbug maintains that CCM has breached the Exclusive License Agreement and that CCM "no longer has any rights to use Moonbug's CoComelon intellectual property for any purpose." (*See* Ex. 11).

87. The controversy between the parties is real and substantial and demands specific relief through a decree of a conclusive character.

88. CCM is entitled to a declaratory judgment decreeing, among other things, that it is entitled to tour CoComelon Live in the United States, Canada and Argentina.

89. This decree is necessary because: (i) Moonbug threatened to sue CCM; and (ii) CCM cannot contract with third-parties (such as UTA, local promoters and venues) for its upcoming tour under the threat of litigation.

**WHEREFORE**, CCM respectfully requests that the Court enter a judgment in its favor and against Moonbug decreeing that CCM has not breached the Exclusive License Agreement; that Moonbug is not entitled to terminate the Exclusive License Agreement; and that CCM is entitled to tour CoComelon Live in the United States, Canada and Argentina for the duration of any exclusive period reinstated by this Court.

Dated: July 24, 2024
   New York, New York

                Respectfully submitted,

                **PRYOR CASHMAN LLP**
*Attorneys for plaintiff CCM Touring, LLC*
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Telephone: (786) 582-3010 (direct)

*s/ James G. Sammataro*
James G. Sammataro (NY Bar No. 4937926)
Sophia S. Sofferman (NY Bar No. 5349519)
jsammataro@pryorcashman.com
ssofferman@pyorcashman.com
ksuarez@pryorcashman.com