

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

**APPLICATION GRANTED SO ORDERED** [signature] **VERNON S. BRODERICK U.S.D.J.**

The deadline for Plaintiff to respond to the amended counterclaim is hereby extended to October 14, 2024.  The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 41.

**James Sammataro**
Partner

Direct Tel: 786-582-3010
JSammataro@pryorcashman.com

<u>**VIA ECF**</u>
Honorable Vernon S. Broderick
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Dated:  September 27, 2024

Re:  <u>CCM Touring LLC v. Moonbug Entertainment LTD. | 1:23-cv-7116 (S.D.N.Y)</u>

Dear Judge Broderick:

We are legal counsel to the plaintiff/counterclaim defendant CCM Touring LLC ("CCM") and counterclaim defendant S2BN Entertainment Corp. ("S2BN").

We write pursuant to Your Honor's Order dated September 23, 2024 (D.E. 45).  In light of the Amended Counterclaim filed on behalf of Moonbug Entertainment, Ltd. and Treasure Studio Inc on September 20, 2024  (D.E. 43), CCM and S2BN respectfully request that their pending Motion to Dismiss the original Counterclaim, filed on September 6, 2024 (D.E. 41), be deemed moot without prejudice and granted leave to refile a new motion to dismiss the  Amended Counterclaim in accordance with Federal Rule of Civil Procedure 15(a)(3).

We thank the Court for its consideration of the matter.

Sincerely,

[signature]

James G. Sammataro, Esq.