UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CCM TOURING LLC,

                              Plaintiff,

              -against-

MOONBUG ENTERTAINMENT LIMITED,

                              Defendant.

23-CV-7116 (VSB) (VF)

**ORDER**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On February 7, 2025, Plaintiff filed a motion for a preliminary injunction at ECF No. 64.

Defendant is directed to submit a response by **Friday, February 21, 2025.** Plaintiff's reply, if any, must be submitted by **Friday, February 28, 2025.**

       SO ORDERED.

DATED:     New York, New York
               February 18, 2025

                                                       _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge