

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

**James Sammataro**
Direct Tel: 786-582-3010
JSammataro@pryorcashman.com

February 28, 2025

**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 3/3/2025

The motion to seal is GRANTED. The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 100. The Clerk of Court is also directed to terminate the gavel at ECF No. 97.

Re:   *CCM Touring LLC v. Moonbug Entertainment Ltd.*
      Case No. 23-CV-7116 (VSB)

Dear Judge Figueredo:

We represent CCM Touring LLC ("CCM") and its parent company, S2BN Entertainment Corp. ("S2BN," collectively, "Movants"). We write pursuant to Section 1.g.2 of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request leave to file Movants' Reply Memorandum of Law in Further Support of their Motion for a Preliminary Injunction ("Reply") partially under seal with Movants' proposed redactions (the "Redactions").

On February 13, 2025 (ECF 78), February 25, 2025 (ECF 94), and February 27, 2025 (ECF 96), this Court granted motions to seal certain documents filed at ECF Nos. 71, 72, 86, 88, 90, and 93 ("Sealing Orders"). Movants' forthcoming Reply either quotes, cites to, or otherwise references the contents of documents covered by the Sealing Orders. Accordingly, in compliance with the Sealing Orders, Movants will file their Reply in public view under temporary seal with the Redactions applied. Movants will also file the unredacted version of the Reply, with the proposed Redactions in highlighted form, on ECF using the "Selected Parties" viewing level.

Consistent with the Sealing Orders, Movants respectfully request that the Court permanently seal the proposed redacted portions of the Reply.

We thank the Court for its consideration of this matter.

Sincerely,

James G. Sammataro, Esq.

Cc:   All counsel of record (via ECF)