UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :

CCM TOURING LLC,                       :
                                          :

                       Plaintiff,   :
                                          :                23-CV-7116 (VSB)
       -against-            :
                                          :                   **<u>ORDER</u>**

MOONBUG ENTERTAINMENT LTD,   :
                                          :

                    Defendant.  :
                                          :

------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 3, 2025, I held a telephonic post-discovery conference in the above-captioned case. In accordance with my remarks at the conference, I hereby adopt the following briefing schedule:

- Summary judgment opening briefs due May 7, 2025
- Summary judgment opposition briefs due May 28, 2025
- Summary judgment reply briefs due June 11, 2025

- *Daubert* opening briefs due June 26, 2025
- *Daubert* opposition briefs due July 15, 2025
- *Daubert* reply briefs due July 28, 2025

The parties are directed to confer and submit a joint letter to the Court proposing a date to hold for oral argument on the forthcoming summary judgment motions by April 11, 2025.

SO ORDERED.
Dated:      April 3, 2025
             New York, New York

                                           Vernon S. Broderick
                                         United States District Judge