UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CCM TOURING LLC,

                              Plaintiff,

                -against-

MOONBUG ENTERTAINMENT LIMITED,

                              Defendant.

-------------------------------------------------------------------X

23-CV-7116 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Between May 7, 2025, and August 1, 2025, the parties filed twelve motions to seal. See ECF Nos. 113, 120, 128, 138, 144, 153, 166, 168, 179, 183, 190, 193. Each of those motions is addressed below.

On May 7, 2025, Defendant and Third-Party Plaintiff Treasure Studio, Inc. ("Treasure Studio") filed a motion to seal. See ECF No. 113. The request is GRANTED on the grounds that the documents contain (1) proprietary and confidential contractual terms between Defendant and its licensees, (2) proprietary information concerning Defendant's confidential contractual terms with non-parties that the Court previously granted leave to seal (see ECF No. 94), and/or (3) the parties' confidential information. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 125, 126, and 127. The Clerk of Court is also directed to terminate the letter motion at ECF No. 113.

Also on May 7, 2025, Plaintiff and Third-Party Defendant S2BN Entertainment Corp. ("S2BN") filed a motion to seal. See ECF No. 120. The request is GRANTED on the grounds that the documents contain (1) the kind of proprietary information and confidential business plans that this Court previously granted leave to seal (see ECF Nos. 78, 94, 96) and/or (2)

confidential financial information of a non-party. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 121, 122, and 123. The Clerk of Court is also directed to terminate the letter motion at ECF No. 120.

On May 28, 2025, Defendant and Treasure Studio filed a motion to seal. See ECF No. 128. The request is GRANTED on the grounds that the documents (1) contain the parties' confidential information and/or (2) reference documents for which the Court previously granted leave to seal (see ECF No. 94). The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 132, 133, and 134. The Clerk of Court is also directed to terminate the letter motion at ECF No. 128.

On May 29, 2025, Plaintiff and S2BN filed a motion to seal. See ECF No. 138. The request is GRANTED on the grounds that the documents contain (1) proprietary and sensitive business information, including financial information and strategies and/or (2) confidential business information and contractual negotiations of a non-party. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 139, 140, and 141. Additionally, the Clerk of Court is directed to remove the viewing restrictions at ECF No. 136. The Clerk of Court is also directed to terminate the letter motion at ECF No. 138.

On June 17, 2025, Defendant and Treasure Studio filed a motion to seal. See ECF No. 144. The request is GRANTED on the grounds that the document (1) contains the parties' confidential information and (2) references documents for which the Court previously granted leave to seal (see ECF Nos. 78, 94). The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF No. 147. The Clerk of Court is also directed to terminate the letter motion at ECF No. 144.

Also on June 17, 2025, Plaintiff and S2BN filed a motion to seal. See ECF No. 153. The request is GRANTED on the grounds that the documents (1) contain proprietary and sensitive business information, (2) contain third-party business information, (3) contain private phone numbers, and/or (4) reference documents for which the Court previously granted leave to seal (see ECF Nos. 78, 94, 96). The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 154, 155, and 156. The Clerk of Court is also directed to terminate the letter motion at ECF No. 153.

On June 26, 2025, Plaintiff and S2BN filed a motion to seal. See ECF No. 166. The request is GRANTED on the grounds that the documents contain financial information and proprietary business information. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 173 and 177. The Clerk of Court is also directed to terminate the letter motion at ECF No. 166.

Also on June 26, 2025, Defendant and Treasure Studio filed a motion to seal. See ECF No. 168. For the foregoing reasons stated as to the sealing motions at ECF Nos. 138 and 153, the request is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 175 and 176. The Clerk of Court is also directed to terminate the letter motion at ECF No. 168.

On July 15, 2025, Defendant and Treasure Studio filed a motion to seal. See ECF No. 179. For the foregoing reasons stated as to the sealing motions at ECF Nos. 113, 120, 128, 138, and 166, the request is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF No. 181. The Clerk of Court is also directed to terminate the letter motion at ECF No. 179.

Also on July 15, 2025, Plaintiff and S2BN filed a motion to seal. See ECF No. 183. The request is GRANTED on the grounds that the documents contain (1) proprietary business information, (2) third-party proprietary business information, and/or (3) confidential, sensitive and propriety business/financial information. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 186 and 187. The Clerk of Court is also directed to terminate the motion at ECF No. 183.

On August 1, 2025, Defendant and Treasure Studio filed a motion to seal. See ECF No. 190. For the foregoing reasons stated as to the sealing motions at ECF Nos. 113, 120, 128, 138, 168, and 183, the request is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF No. 192. The Clerk of Court is also directed to terminate the motion at ECF No. 190.

Also on August 1, 2025, Plaintiff and S2BN filed a motion to seal. See ECF No. 193. The request is GRANTED on the grounds that the documents contain (1) confidential financial information and proprietary business information and/or (2) the confidential contractual negotiation information of a third party. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 196 and 197. The Clerk of Court is also directed to terminate the motion at ECF No. 193.

**SO ORDERED.**

DATED:     New York, New York
           December 15, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge